**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MAUREEN KWIECIEN et al., Plaintiffs, v. FORD MOTOR COMPANY, Defendant. | ) ) ) ) ) ) ) ) ) | Case No. 01-CV-494-MJD/JGL **STIPULATED ORDER FOR EXTENSION OF TIME** |

WHEREAS, Defendant Ford Motor Company ("Ford"), has requested from Plaintiffs' counsel an extension of time to answer or otherwise respond to Plaintiffs' Complaint Jury Trial Demanded ("Complaint") up to and including May 2, 2001;

WHEREAS, Ford's original time within which to answer or otherwise respond to Plaintiffs' Complaint was April 12, 2001;

WHEREAS, the original time to answer or otherwise respond has not yet expired;

WHEREAS, no prior extensions have been granted; and

WHEREAS, opposing counsel has agreed to this requested extension.

WHEREFORE, for the foregoing reasons and for good cause shown, IT IS HEREBY ORDERED that Ford has up to and including May 2, 2001 to answer or otherwise respond to Plaintiffs' Complaint.

FILED APR 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Agreed to as to form and content:

By: ______________________

Donald H. Nichols
Steven Andrew Smith
NICHOLS KASTER & ANDERSON
4644 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402-2242

and

Joel M. Anderson
JOEL M. ANDERSON & ASSOCIATES
2150 Third Street, Suite 2
White Bear Lake, MN 55110

**ATTORNEYS FOR PLAINTIFFS**

By: ______________________

Lawrence C. Miller, MN No. 203506
Kathryn Hipp Carlson, MN No. 242020
MILLER & HIPP, PLLP
Mill Place Building
111 Third Avenue South, Suite 240
Minneapolis, Minnesota 55401
Telephone: 612-333-8600
Facsimile: 612-333-9100

BERKOWITZ, FELDMILLER, STANTON, BRANDT, WILLIAMS & SHAW, LLP
W. Perry Brandt
Timothy S. Millman
Peggy A. Wilson
Two Emanuel Cleaver II Blvd., Suite 500
Kansas City, Missouri 64112
Telephone: 816-561-7007
Facsimile: 816-561-1888

**ATTORNEYS FOR FORD MOTOR COMPANY**

IT IS SO ORDERED this ______day of April, 2001

April 11, 2001

U.S. Magistrate Judge