239645

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-494 MJD/JGL

### Affidavit of Movant

I, Kathryn Hipp Carlson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice W. Perry Brandt, an attorney admitted to practice in the Western/Eastern District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (xx) defendant Ford Motor Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 4.13.01

Signature Date

Minnesota Attorney License Number: 242020

Law Firm Address: Miller & Hipp, PLLP
~~4111 Central Avenue Northeast, Suite 204~~ 111 3rd Ave S. Suite 240
Minneapolis, MN ~~55421~~ 55401
Telephone: ( ) ~~(612) 677-5530~~ 612.333-8600

### Affidavit of Proposed Admittee

I, W. PerryBrandt, am currently a member in good standing of the U.S. District Court for the Western/Eastern District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

W. Perry Brandt — [signature] — 4-6-01

Type/Print Name — Signature — Date

Attorney License Number: MO Bar #28292

Law Firm Address: Berkowitz, Feldmiller, Stanton, Brandt, Williams & Shaw, LLP
Two Emanuel Cleaver II Blvd., Suite 500
Kansas City, MO 64112
Telephone : ( ) (816) 561-7007

Case Number: 01-494 MJD/JGL
Judge Assigned: District Court Judge Michael J. Davis / Magistrate Judge Jonathan G. Lebedoff
Case Title: Kwiecien, et al. v. Ford Motor Company

Motion Granted: [signature] APR ~~19~~ 18 2001

For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $~~7~~5 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

(6)

FILED APR ~~19~~ 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK VCM