UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-494 (MJD/JGL)

MAUREEN KWIECIEN, et al.,

Plaintiffs,

v. **PRETRIAL ORDER**

FORD MOTOR COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is ten to fifteen days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. Plaintiffs shall disclose all expert witnesses, including reports, by April 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by May 1, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by May 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of September 1, 2002.

DATED: August 22, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed AUG 22 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500