**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Maureen Kwiecien,
Michelle Marx-Thompson,
Linda Greising, Nicole Gilbert,
Paula Kwiecien, Estelle Deloia,
Lisa Christianson, and Gail Tkachuck,

Plaintiffs,
Plaintiff,

vs.

**PROPOSED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

Ford Motor Company,

Defendant.

Court File No. 01-494 MJD/JGL

---

The parties in the above-captioned matter, through their counsel, hereby stipulate and agree as follows regarding the scheduling order.

1. The current Scheduling Order requires that all motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001.

2. The parties propose that the Scheduling Order, dated August 22, 2001, in the above-captioned matter be amended so as to require that all motions which seek to amend any pleading be filed on or before February 1, 2002. The parties are proposing that this deadline be extended solely for the purpose of allowing Plaintiffs to file a motion to amend to add a claim for punitive damages as to Plaintiffs' common law claim against Defendant. The parties seek extension of the motion to amend deadline so they can explore mediation prior to the scheduling or briefing of Plaintiffs' motion.

FILED DEC
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. The Court's Scheduling Order of August 22, 2001 shall remain unchanged in all other aspects.

**AGREED:**

Dated: 12/7/01

W. Perry Brandt
Timothy S. Millman
Berkowitz, Feldmiller, Stanton, Brandt,
Williams & Shaw LLP
Two Brush Creek Boulevard, Suite 550
Kansas City, Missouri 64112
Telephone: (816) 561-1888
ATTORNEYS FOR DEFENDANT

Dated: 11/30/01

Donald H. Nichols (#78918)
Steven Andrew Smith (#260836)
Nichols Kaster & Anderson
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR PLAINTIFF

JOEL M. ANDERSON & ASSOCIATES
Joel M. Anderson #180397
2150 Third Street, Suite 2.
White Bear Lake, MN 55110
651-426-4009
ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED:**

Dated: Dec. 11, 2001

JONATHAN LEBEDIFF
United States Magistrate Judge