UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maureen Kwiecien,
Michelle Marx-Thompson,
Linda Greising, Nicole Gilbert,
Paula Kwiecien, Estelle Deloia
Lisa Christianson, and Gail Tkachuck,

Plaintiffs,

v.

Ford Motor Company,

Defendant.

**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

Court File No. 01-494 MJD/JGL

The above styled civil action having been fully and finally settled, compromised and adjusted as between plaintiffs, Maureen Kwiecien, Michelle Marx-Thompson, Linda Greising, Nicole Gilbert, Estelle Deloia, Lisa Christianson, and Gail Tkachuck (the "Settling Plaintiffs"), and the defendant Ford Motor Company ("Ford"), the Settling Plaintiffs and Ford, by their duly authorized and undersigned counsel of records, do hereby stipulate to dismissal of all claims and causes of action asserted by the Settling Plaintiffs against Ford in the above civil action, ***with prejudice***, in accordance with Rule 41 of the Federal Rules of Civil Procedure, each party to bear, his, hers and its own costs, expenses and attorney's fees. The only claims that will remain in this action after entry of this Order are those asserted by plaintiff Paula Kwiecien.

The foregoing is SO ORDERED this 24 day of April, 2002.

Michael J. Davis
Honorable Michael J. Davis
United States District Judge

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK